AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Emerson, George W. | U.S. Bankruptcy Court, Western District of Tennessee | 05/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Suite 675, One Memphis Place
200 Jefferson Avenue
Memphis, Tennessee 38103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Delta Materials Handling |
| 2. 2018 | The Costa Company, LLC |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Acct #1 (Charles Schwab & Co. Inc. - SEP-IRA) (H) | | | | | | | | | |
| 2. Berkshire Hathaway Inc Del Cl B New (BRKB) | | None | L | T | | | | | |
| 3. Dodge & Cox Stock Fund (DODGX) | A | Dividend | K | T | | | | | |
| 4. | C | Distribution | | | | | | | |
| 5. Fidelity Advisor Strategic Income (FSRIX) | A | Dividend | J | T | | | | | |
| 6. | A | Distribution | | | | | | | |
| 7. Fidelity Advisor New Insights Fund Class 1 (FINSX) | D | Distribution | K | T | | | | | |
| 8. | A | Dividend | | | | | | | |
| 9. Standard & Poors Depository Receipts (SPY) | A | Dividend | K | T | | | | | |
| 10. Technology Select Sector SPDR ETF (XLK) | A | Dividend | | | Sold | 07/18/18 | K | E | |
| 11. Carmax Inc. Com (KMX) | | None | J | T | Sold (part) | 07/18/18 | K | D | |
| 12. Fidelity Advisor Mid Cap II Fund (FIIMX) | B | Distribution | J | T | | | | | |
| 13. | A | Dividend | | | | | | | |
| 14. Yum Brands Inc Com (YUM) | A | Dividend | K | T | | | | | |
| 15. Yum China Holdings I (YUMC) | A | Dividend | | | Sold | 07/18/18 | J | D | |
| 16. Blackrock Income Trust Inc (BKT) | A | Dividend | | | Sold | 07/18/18 | J | | |
| 17. Pepsico Inc (PEP) | A | Dividend | K | T | Sold (part) | 07/18/18 | K | D | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo & Co New Com (WFC) | A | Dividend | K | T | | | | | |
| 19. Fedex Corp Com (FDX) | A | Dividend | K | T | Sold (part) | 07/18/18 | K | E | |
| 20. Prudential Short-Term Bond (PIFZX) | A | Dividend | K | T | | | | | |
| 21. Vanguard Index FDS Vanguard Value ETF (VTV) | A | Dividend | K | T | | | | | |
| 22. Vanguard Index FDS Vanguard Growth ETF (VUG) | A | Dividend | K | T | | | | | |
| 23. Schwab Govt Money Fund (SWGXX) | A | Dividend | K | T | | | | | |
| 24. Oakmark Intl FD Class I (OAKIX) | B | Dividend | L | T | Buy (add'l) | 07/17/18 | L | | |
| 25. | C | Distribution | | | | | | | |
| 26. Cohen Steers Qual Income (RQI) | A | Dividend | | | Sold | 04/13/18 | K | A | |
| 27. Wisdomtree Smallcap Earnings ETF (EES) | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley Emerging Mkts Debt CF (MSD) | A | Dividend | J | T | | | | | |
| 29. CVS Health Corp. (CVS) | A | Dividend | K | T | | | | | |
| 30. Eaton Vance Global Macro Abs Ret I (EIGMX) | A | Dividend | J | T | Sold (part) | 07/17/18 | J | | |
| 31. Deutsche Croci Intl FD Instl (SUIIX) | | None | | | Sold | 07/17/18 | K | A | |
| 32. Baron Energy & Resources FD Inst (BENIX) | | None | | | Sold | 07/17/18 | K | C | |
| 33. Deutsche Global Infrastructure Inst (TOLIX) | A | Dividend | | | Sold | 07/17/18 | K | | |
| 34. Baron Emrg Mkts FD Inst (BEXIX) | A | Dividend | L | T | Buy (add'l) | 07/17/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IShares Core S&P Small-Cap ETF (IJR) | A | Dividend | K | T | | | | | |
| 36. Cohen & Steers Real Estate Secs I (CSDIX) | A | Dividend | K | T | Buy | 07/17/18 | K | | |
| 37. DWS Enhanced CMDY Strat (SKIRX) | C | Dividend | K | T | Buy | 07/17/18 | K | | |
| 38. Lord Abbett Floating (LFRIX) | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 39. Schwab Short-Term Bond Index Fund (SWSBX) | A | Dividend | K | T | Buy | 07/17/18 | K | | |
| 40. Royce Intl Premier FD (RIPNX) | A | Dividend | K | T | Buy | 07/17/18 | K | | |
| 41. Templeton Global Income CF (GIM) | A | Dividend | J | T | Buy | 07/18/18 | J | | |
| 42. Paragon Affinity Money Mkt Savings | B | Interest | L | T | | | | | |
| 43. Investment Acct #2 (Charles Schwab & Co. Inc. - IRA Contributory) (H) | | | | | | | | | |
| 44. Fidelity Advisor New Insights Fund Class I (FINSX) | A | Distribution | | | Sold | 04/17/18 | K | D | |
| 45. Templeton Global Bond Fund Class A (TPINX) | A | Dividend | J | T | Sold (part) | 04/17/18 | J | | |
| 46. Principal Midcap Fund Class A (PEMGX) | | None | | | Sold | 04/17/18 | J | C | |
| 47. Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | | | | | |
| 48. Deutsche Global Infrastructure (TOLSX) | A | Dividend | | | Sold | 04/17/18 | J | | |
| 49. Deutsche Croci Intl FD CL S (SCINX) | | None | | | Sold | 04/17/18 | K | B | |
| 50. Lord Abbett Short Dur Income FD CL A (LALDX) | A | Dividend | J | T | Buy (add'l) | 04/17/18 | J | | |
| 51. | | | | | Sold (part) | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Carillon Scout Mid Cap FD I (UMBMX) | A | Dividend | J | T | Buy (add'l) | 04/17/18 | J | | |
| 53. | A | Distribution | | | | | | | |
| 54. T Rowe Price Glbl Real Estate Adv CL (PAGEX) | A | Dividend | | | Sold | 04/17/18 | J | A | |
| 55. T Rowe Price Eqty Incm FD Adv (PAFDX) | A | Dividend | | | Sold | 04/17/18 | J | A | |
| 56. American Century Small Co FD Inv (ASQIX) | | None | | | Sold (part) | 04/17/18 | J | A | |
| 57. | | | | | Sold | 12/04/18 | J | A | |
| 58. Lord Abbett Floating (LFRAX) | A | Dividend | J | T | Sold (part) | 04/17/18 | J | | |
| 59. Virtus Seix High Yield I (SAMHX) | A | Dividend | | | Sold | 04/17/18 | J | | |
| 60. Schwab Fundamental US Large ETF IV (FNDX) | A | Dividend | K | T | Buy (add'l) | 04/18/18 | J | | |
| 61. | | | | | Sold (part) | 12/05/18 | J | A | |
| 62. Schwab US Aggregate Bond ETF (SCHZ) | A | Dividend | | | Sold | 04/18/18 | J | | |
| 63. Schwab US Large Cap Value ETF (SCHV) | A | Dividend | K | T | Buy (add'l) | 04/18/18 | J | | |
| 64. | | | | | Sold (part) | 12/05/18 | J | A | |
| 65. Schwab US Large Cap Growth ETF (SCHG) | A | Dividend | K | T | Buy (add'l) | 04/18/18 | K | | |
| 66. | | | | | Sold (part) | 12/05/18 | J | A | |
| 67. Baron Emrg Mkts FD (BEXFX) | A | Dividend | J | T | Buy (add'l) | 04/17/18 | J | | |
| 68. | | | | | Buy (add'l) | 12/04/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Emerson, George W. | 05/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Schwab Short Term Bond Index Fund (SWSBX) | A | Dividend | J | T | Buy | 04/17/18 | J | | |
| 70. Oakmark Intl Fund Ind (OAKIX) | A | Dividend | J | T | Buy | 04/17/18 | J | | |
| 71. | A | Distribution | | | Buy (add'l) | 12/04/18 | J | | |
| 72. Lord Abbett Income FD CLA (LAGVX) | A | Dividend | | | Buy | 04/17/18 | J | | |
| 73. | | | | | Sold | 12/04/18 | J | | |
| 74. Deutsche Enhanced CMDY STRAT INST (SKIRX) | A | Dividend | J | T | Buy | 04/17/18 | J | | |
| 75. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 76. Eaton Vance Global Macro Abs Ret A (EAGMX) | A | Dividend | J | T | Buy | 04/17/18 | J | | |
| 77. Cohen & Steers Real Estate Secs I (CSDIX) | A | Dividend | J | T | Buy | 04/17/18 | J | | |
| 78. Schwab Fundamental Intl Small Com ETF (FNDC) | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 79. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 80. Schwab International Equity ETF (SCHF) | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 81. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 82. PGIM Short Term Corp BD FD CL Z (PIFZX) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 83. Schwab Fundamental US Small Com ETF (FNDA) | A | Dividend | J | T | Buy | 12/05/18 | J | | |
| 84. Mass Mutual (401K) - MFS Lifetime 2040 R2 | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

NOTE: Earlier this year, new computers were issued to chambers staff. Inadvertently, some programs and files were not transferred from the old computer to the new computer, including the software program for the 2017 Financial Disclosure Report. This error was discovered when attempting to import the data from the 2017 report to the current report. By this time, unfortunately, the hard drive from the old computer had been wiped and the information was no longer recoverable. The information included in "Part VII. Investments and Trusts" of this report has been recreated from the hard copy of the 2017 report, and any edits or changes to assets, or to the sequence in which they are listed, are noted below.

 - The individual assets of "Investment Acct #1 (Charles Schwab & Co. Inc. - SEP-IRA) (H)" are listed at lines 2 - 41. The assets in this account are separate from the assets listed under "Investment Acct #2 (Charles Schwab & Co. Inc.- IRA Contributory) (H)."

 - Paragon Affinity Money Mkt Savings was listed at line number 26 on last year's report. Because this asset is a separate account and not an individual asset within Investment Acct #1, it is now listed at line number 42, following the assets listed for Investment Acct #1.

 - The individual assets of "Investment Acct #2 (Charles Schwab & Co. Inc. - IRA Contributory) (H)" are listed at lines 44 - 83.

 - Line 45 - The ticker symbol for Templeton Global Bond Fund Class A changed from TPICZ to TPINX.

 - Mass Mutual (401K) - MFS Lifetime 2040 R2 was listed at line number 58 on last year's report. Because this asset is a separate account and not an individual asset within Investment Acct #2, it is now listed at line number 84, following the assets listed for Investment Acct #2.

Part VII. Investments and Trusts

The following assets did not generate income during the reporting period:

 - Line 2: Berkshire Hathaway Inc Del Cl B New (BRKB)

 - Line 11: Carmax Inc Com (KMX)

 - Line 31: Deutsche Croci Intl FD (SUIIX)

 - Line 32: Baron Energy & Resources FD Incs (BENIX)

 - Line 46: Principal Midcap Fund Class A (PEMGX)

 - Line 49: Deutsche Croci Intl FD CL S (SCINX)

 - Line 56: American Century Small Co FD Inv (ASQIX)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George W. Emerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544